# United States District Court

_____ DISTRICT OF COLORADO

UNITED STATES OF AMERICA

v.

GAVINO BARRERA,

WARRANT FOR ARREST

CASE NUMBER: 04-1077M

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.

WITNESS my hand and SEAL of said Court this 19TH day of FEB, 2004

GREGORY C. LANGHAM
By _____ Deputy

filed in court
02-19-04

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **GAVINO BARRERA**
                                           Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information(XX) Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him/her with (brief description of offense)

conspiring with others, known and unknown, to possess with intent to distribute mixtures or substances containing a detectable amount of: marijuana, a Schedule I controlled substance; 50 grams of more of methamphetamine (actual), and 500 grams or more of cocaine hydrochloride, both Schedule II controlled substances,

in violation of Title __21__ United States Code, Section(s) 841(a)(1), (b)(1)(A), (b)(1)(B), (B)(1)(C) and 846.

O. Edward Schlatter
United States Magistrate Judge
Denver, Colorado

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer

Denver, Colorado    2-11-04
Date and Location

BAIL FIXED AT $_____ by _____
                                Name of Judicial Officer

RETURN

This warrant was received and executed with the arrest of the above-named defendant at Federal Courthouse Springfield, MO

| DATE RECEIVED 2-12-04 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2-19-04 | JAMES CLIFFORD / Special Agent | |