UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * *
*
UNITED STATES OF AMERICA *
*
v. * CRIMINAL COMPLAINT NO.
* 04-MJ-65
GAVINO BARRERA *
*
* * * * * * * * * * * * * * * *

### DEFENDANT'S MOTION TO WAVIE PRELIMINARY EXAMINATION PURSUANT TO F.R.CRIM.P. 5.1

Now comes the defendant in the above captioned complaint and having been informed of his right to preliminary examination under Rule 5.1 of the Federal Rules of Criminal Procedure and after having had the opportunity to consult with counsel, hereby requests that this Honorable Court accept this waiver of his right to such preliminary examination.

Respectfully Submitted,
THE DEFENDANT,

By _____

DAVID P. HOOSE, BBO#239400
KATZ, SASSON, HOOSE & TURNBULL
1145 Main Street, Suite 304
Springfield, MA 01103
(413) 732-1939

GAVINO BARRERA
DEFENDANT