# UNITED STATES DISTRICT COURT
## District of Massachusetts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | COMMITMENT TO ANOTHER |
| v. | ) | DISTRICT |
| | ) | |
| GAVINO BARRERA, | ) | Criminal Case No.    04mj625-KPN |
| Defendant | ) | Charging District No. |

The Defendant is charged with a violation of __21 U.S.C. 841, 846___ alleged to have been

committed in the_____District of _Colorado_ .

Brief Description of Charges:

Conspiracy to Possess with Intent to Distribute Marijuana, Methamphetamine (actual) and Cocaine
Hydrochloride;

The Defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-

3143.

TO THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that
defendant with a certified copy of this commitment forthwith to the district of offense as specified above
and there deliver the defendant to the United States Marshal for that District or to some other officer
authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 have been
completed.

| | |
|---|---|
| _3/09/04_____ | __/s/ Kenneth P. Neiman_____ |
| Date | KENNETH P. NEIMAN |
| | U.S. Magistrate Judge |

---

## RETURN

This commitment was received and executed as follows:

| | | |
|---|---|---|
| _____ | _____ | _____ |
| Date Commitment Order Received | Place of Commitment | Date Defendant Committed |

_____        _____        _____
Date                           U.S. Marshal                   (by) Deputy Marshal